# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLIE WILBORN**                                                                 **PLAINTIFF**

**v.**                         **Case No. 4:20-cv-00872-LPR**

**NICHOLAS KINSEY**                                                                 **DEFENDANT**

## ORDER

Plaintiff Charlie Wilborn brought this civil rights suit *in forma pauperis* and *pro se*. After both parties failed to meet the Rule 26(f) reporting deadline as required by the federal rules and directed in the February 9, 2021, initial scheduling order, the parties were ordered to file individual Rule 26(f) reports by June 29, 2021. (Doc. 15). Mr. Wilborn specifically was warned that failure to follow the rules and comply with the Court's Order would result in dismissal of his case for failure to prosecute. (*Id.*) Mr. Wilborn did not file a Rule 26(f) report, and the time to do so has passed. Because Mr. Wilborn had not met his responsibilities to follow the rules and failed to respond to the Court's Order, his case is dismissed. Local Rule 5.5(c)(2).

As a result of Mr. Wilborn's failure to prosecute and to comply with the rules, the Court concludes that this case should be DISMISSED WITHOUT PREJUDICE.

Dated, this 30th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE